Application not considered. The applicant previously applied to this court for supervisory relief from the same habeas corpus judgment and this court denied the relief sought. See State ex rel. Dennis v. Henderson, Warden, 254 La. 798, 226 So.2d 923. An application for rehearing will not be considered when the court has refused to grant a writ. See Rule XI, Section 5, Rules of this Court. Similarly, the court will not reconsider granting the same relief based upon a second application.

228 So.2d 485

**John ISTRE**

**v.**

**DIAMOND M. DRILLING COMPANY et al.**

**No. 50182.**

Dec. 15, 1969.

In re: John Istre applying for certiorari or writ of review, to the Court of Appeal, Third Circuit, Parish of Iberia. 226 So.2d 779.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.